**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Lexington Insurance Company, | ) | No. CV-06-2381-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Lasko Products, Inc., | ) | |
| Defendant. | ) | |

Pursuant to the parties' Stipulated Motion for Continuance of Rule 16 Preliminary Scheduling Conference (Dkt. 14), and for good cause shown,

**IT IS ORDERED** that parties' Stipulated Motion for Continuance of Rule 16 Preliminary Scheduling Conference (Dkt. 14) is **GRANTED,** and the Rule 16 Preliminary Pretrial Conference scheduled for April 11, 2007, has been vacated.

**IT IS FURTHER ORDERED** that the Court shall conduct a Rule 16 Preliminary Pretrial Conference on **June 21, 2007, at 4:00 p.m.**

**IT IS FURTHER ORDERED** that all provisions of the Court's Order Setting Rule 16 Preliminary Pretrial Conference (Dkt. 11) remain in full force and effect except for the date changed above.

DATED this 29th day of March, 2007.

Stephen M. McNamee
United States District Judge