**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lexington Insurance Company, | ) No. CIV 06-2381-PHX-SMM |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Lasko Products Inc., | ) |
| Defendant. | ) |

Pending before the Court is Plaintiff's Motion to Appear Telephonically at Scheduling Conference on **June 21, 2007, at 4:00 p.m.** before this Court [Dkt.22]. On Tuesday, June 19, 2007, just two days before the Scheduling Conference, Plaintiff Lexington Insurance Company moved for permission to appear telephonically at the Scheduling Conference. Given the late timing of this request, the Court will deny the motion. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Appear Telephonically at Scheduling Conference is **DENIED**.

DATED this 21st day of June, 2007.

Stephen M. McNamee
United States District Judge