**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Lexington Insurance Company, | ) | No. CIV 06-2381-PHX-SMM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Lasko Products, Inc., | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

On August 8, 2007, the parties filed a Notice of Settlement with the Court. [Dkt. 26] Accordingly,

**IT IS ORDERED** that the Court will conduct a Status Hearing in this matter on **Monday, September 10, 2007, at 10:30 a.m.,** before the Honorable Stephen M. McNamee in Courtroom 605 at 401 West Washington Street in Phoenix, Arizona.

**IT IS FURTHER ORDERED** that the parties have 30 days from the date of this Order by which to file a stipulated dismissal, and that if such a dismissal is timely filed, the Status Hearing will be vacated.

DATED this 9th day of August, 2007.

Stephen M. McNamee
United States District Judge