**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lexington Insurance Co., ) | No. CIV 06-2381-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Lasko Products, Inc., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is the parties' Amended Stipulation for Dismissal with Prejudice [Doc. No. 31].  After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED** the parties' Amended Stipulation for Dismissal with Prejudice [Doc. No. 31] is **GRANTED**, and this matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 10th day of September, 2007.

_____
Stephen M. McNamee
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28